UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVAN HUMBERTO LUEVANO, JR. | * | |
| VS | * | C.A. NO. B99-209 |
| UNITED STATES OF AMERICA | * | (Cr. No. B98-275-04) |

## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 3, 2000**.

DONE at Brownsville, Texas, this 3rd day of January 2000.

Felix Recio
United States Magistrate Judge