UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IVAN HUMBERTO LUEVANO, JR.          *

    VS                              *   Civil No. B99-209

UNITED STATES OF AMERICA            *   (Cr. No. B98-275)

## ORDER OF ADMINISTRATIVE TRANSFER

Due to conflict of interest, the above-captioned and numbered cause of action is hereby transferred to Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 6th day of March 2000.

                                      Felix Recio
                              United States Magistrate Judge