

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVAN HUMBERTO LUEVANO, JR.<br>    Defendant-Petitioner, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-99-209<br><br>CRIMINAL NO. B-98-275 |
| UNITED STATES OF AMERICA,<br>    Plaintiff-Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced

cause of action.  After a de novo review of the entire file, it is the opinion of this Court that the

Magistrate Judge's Report and Recommendation of April 19, 2000 should be adopted and the petition

be dismissed.

DONE in Brownsville, Texas, on this ___17___ day of ___May___, 2000.

_____
Hilda G. Tagle
United States District Judge